**FILED**

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0234

_____

KATRINA SULLIVAN, a/k/a KATRINA JORGENSEN,

     Plaintiff and Appellee,

  -vs-                                           O R D E R

PENNY WEYMILLER and LARRY McGILL,

     Defendants and Appellants.

_____

    Appellee Katrina Sullivan has filed an unopposed motion for an extension of time to file her Response Brief in the referenced matter. Good cause appearing,

    IT IS ORDERED that the motion for extension is GRANTED. Appellee has until September 16, 2020 within which to file her Response Brief.

    DATED this __ day of August, 2020.

                          For the Court,


                          By: _____
                                      Chief Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 12 2020